No. 72–5905.   STEBBINS *v.* NATIONWIDE MUTUAL INSURANCE CO. ET AL.   C. A. 4th Cir.   Certiorari denied.